```
JILBERT TAHMAZIAN, SBN 143574
LAW OFFICES OF JILBERT TAHMAZIAN
1518 WEST GLENOAKS BOULEVARD
GLENDALE, CA 91203

Telephone No. (818) 242-8201
Facsimile No. (818) 242-8246

Attorney for Defendant,
ELIZA SHUBARALYAN
```

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR-08-532(A)-SVW |
| ) | |
| Plaintiff, ) | ORDER DENYING DEFENDANT's |
| ) | MOTION FOR APPOINTMENT OF |
| ) | COUNSEL |
| v. ) | |
| ) | |
| ELIZA SHUBARALYAN, ) | |
| ) | |
| Defendant. ) | |

BE IT REMEMBERED that on this day, came on to be heard Defendant ELIZA SHUBARALYAN's Motion for Appointment of New Counsel. The Court, after considering same, is of the opinion that such Motion should be granted in all respects. It is therefore,

ORDERED, ADJUDGED, AND DECREED that the Defendant's Motion for Appointment of New Counsel is hereby GRANTED. The Clerk shall select a new counsel from the Western Division CJA panel within 10 days of this order. Current counsel, Jilbert Tahmazian, shall be allowed to withdraw from this case.

SIGNED on this the _____ day of _____, 2009.

**DENIED**
BY ORDER OF THE COURT

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1

[proposed] ORDER RE DEFENDANT's MOTION FOR APPOINTMENT OF COUNSEL